# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       v.                                          CR. NO. 04-10168-PBS

ADAM ELLARD, ET AL

## NOTICE

June 10, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 10:30 a.m., Monday, June 21, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                                       /s/
                                                   **MARIANNE B. BOWLER**
                                                   Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*  PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**