UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

CRIMINAL ACTION
NO.   04-10168-PBS

v.

Adam Ellard
Willie Hester
Tavon Robinson
Steven Tucker
Norman Barnes

**NOTICE OF RESCHEDULED JURY TRIAL**

SARIS, U.S.D.J.                                                                              October 5, 2004

Take notice that a Jury Trial has been **scheduled** for **January 3, 2005, at 9:00 a.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, Massachusetts

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc