UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
         v.               )
                          )   Criminal No. 04-CR-10168-PBS
ADAM ELLARD, et al.       )
         Defendants       )

**INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO
21 U.S.C. §851 REGARDING DEFENDANT ADAM ELLARD**

The United States Attorney charges that:

1. On or about October 21, 1993, ADAM ELLARD was convicted in Essex Superior Court of possession of a Class B controlled substance (to wit: cocaine) with intent to distribute in violation of Mass. Gen. L. 94C, §32A. (Docket number CR022911)

2. On or about May 18, 1998, ADAM ELLARD was convicted in Essex Superior Court of trafficking in cocaine over 14 grams in violation of Mass. Gen. L. 94C, §32E. (Docket number 9777 CR 0092)

3. On or about May 18, 1998, ADAM ELLARD was convicted in Essex Superior Court of distribution of a Class B controlled substance in violation of Mass. Gen. L. 94C, §32. (Docket number 9777 CR 0094)

4. On or about October 5, 1993, ADAM ELLARD was convicted in the Peabody District Court of possession with the intent to distribute a Class B controlled substance in violation of Mass. Gen. L. 94C, §32. (Docket number 9386JC1542C)

5. On or about May 1, 1996, ADAM ELLARD was convicted in the Salem District Court of possession with the intent to distribute a

Class B controlled substance in violation of Mass. Gen. L. 94C, §32. (Docket number 9636CR0127A)

    6. By way of this information, the government notifies ADAM ELLARD that he is charged with committing the crime alleged in said indictments after having been previously convicted of the felony drug offenses as set out in paragraphs 1-5, above.

    All in keeping with Title 21, United States Code, Section 851(a)(1).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: */s/ David G. Tobin*
    DAVID G. TOBIN
    Assistant U.S. Attorney

Dated: December 9, 2004