UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.         )<br>)<br>(1) ADAM ELLARD        )<br>(2) WILLIE HESTER      )<br>(3) TAVON ROBINSON     )<br>(4) STEVEN TUCKER      )<br>)<br>         Defendants.    )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 04-CR-10168-PBS<br><br>**VIOLATIONS:**<br><br>21 U.S.C. § 846 -<br>Conspiracy to Possess with Intent<br>to Distribute, and to Distribute,<br>Cocaine<br><br>21 U.S.C. § 841(a)(1)-<br>Possession With Intent To<br>Distribute and Distribution of<br>Cocaine Base<br><br>21 U.S.C. § 841(a)(1) -<br>Possession With Intent To<br>Distribute and Distribution of<br>Cocaine<br><br>18 U.S.C. § 2 -<br>Aiding and Abetting<br><br>18 U.S.C. § 922(g)(1) -<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(c)(1) - Possession<br>of a Firearm in Furtherance of<br>a Drug Trafficking Offense<br><br>21 U.S.C. § 853 -<br>Criminal Forfeiture Allegation |

**SUPERSEDING INDICTMENT**

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy to Possess with
          Intent to Distribute and to Distribute Cocaine)

The Grand Jury charges that:

   In or about April 2004, at Boston and elsewhere in the

District of Massachusetts,

          **1. ADAM ELLARD,**

    **2. WILLIE HESTER,**
    **3. TAVON ROBINSON, and**
    **4. STEVEN TUCKER,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to distribute and to possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

 All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**      (21 U.S.C. §841(a)(1)- **Possession with Intent to Distribute and Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

### 1. ADAM ELLARD,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT THREE**</u>:    (21 U.S.C. § 841(a)(1) - **Possession with Intent to Distribute and Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting**)

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

       1. **ADAM ELLARD**,
       2. **WILLIE HESTER**,
       3. **TAVON ROBINSON**, and
       4. **STEVEN TUCKER**,

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine, a schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**     (18 U.S.C. § 922(g)(1) - **Felon in Possession of Firearms**)

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1) a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in and affecting foreign and interstate commerce, after having been convicted in a court of a crime punishable by a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**:     (18 U.S.C. § 924(c)(1)(A) - **Possession of a Firearm In Furtherance of a Drug Trafficking Offense**)

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

**3. TAVON ROBINSON**,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1) a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in furtherance of drug trafficking crimes, to wit: the offenses alleged in Counts One and Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE ALLEGATION**:   (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

> 1. **ADAM ELLARD**,
> 2. **WILLIE HESTER**,
> 3. **TAVON ROBINSON**, and
> 4. **STEVEN TUCKER**,

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**NOTICE OF ADDITIONAL FACTORS**

The grand Jury further finds:

1. As to the offenses charged in Counts One through Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Adam Ellard is accountable for a quantity of cocaine base ("crack") and cocaine that, when converted to marijuana as provided by USSG § 2D1.1 (drug equivalency table), is equivalent to at least 100 kilograms of marijuana but less than 400 kilograms of marijuana. Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

2. The defendant ADAM ELLARD, at the time of the offenses charged in this indictment, was a career offender. Accordingly, USSG §2D1.1 applies to this defendant.

3. As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Willie Hester is accountable for at least 25 grams but less than 50 grams of cocaine Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

4. As to the offenses charged in Counts One and Three in this Indictment, the defendant Willie Hester was an organizer, leader, manager, and supervisor of a criminal activity that involved five or more participants and was otherwise extensive. Accordingly, USSG §3B1.1(a) applies to this defendant.

5. As to the offenses charged in Counts One and Three

of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Tavon Robinson is accountable for at least 25 grams but less than 50 grams of cocaine. Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

6. As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Steven Tucker is accountable for at least 25 grams but less than 50 grams of cocaine. Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; December ___, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   12/16/04
             @ 3:55 PM

-11-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk  
Superseding Ind./ Inf.  X  **Case No.** 04-CR-10168 PBS  
Same Defendant  X   New Defendant ___  
Magistrate Judge Case Number  04-817-MBB  
Search Warrant Case Number  
R 20/R 40 from District of  

**Defendant Information:**

**Defendant Name**  Tavon Robinson   **Juvenile** ☐ Yes  ☒ No

**Alias Name**

**Address**  150 Staniford Street, Boston, MA

**Birth date (Year only):** 1979  **SSN (last 4 #):** 9049  **Sex** M  **Race:** Black  **Nationality:** USA

**Defense Counsel if known:**  Roger Cox, Esquire   **Address:** 30 Main Street, Suite 9  
Ashland, MA  
**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Michael J. Pelgro; David G. Tobin   **Bar Number if applicable** ___

**Interpreter:** ☐ Yes  ☒ No   **List language and/or dialect:** ___

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**  April 12, 2004

☒ Already in Federal Custody as  April 13, 2004  in  USMS  
☐ Already in State Custody ___   ☐ Serving Sentence   ☐ Awaiting Trial  
☐ On Pretrial Release:  Ordered by ___  on ___

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  4 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** Dec. 16, 2004   **Signature of AUSA:** _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Tavon Robinson

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3  18/922(g)(1) | Felon In Possession Of Firearms | Four |
| Set 4  18/924(c)(1) | Possession/Firearms/Furtherance/Drug/Traffick | Five |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

robinson.js45.form.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.  X   Case No. 04-CR-10168 PBS
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number   04-817-MBB
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Willie Hester   Juvenile  ☐ Yes  ☒ No

Alias Name  "Little Willie Hester"

Address  151 Broadway, Everett, MA

Birth date (Year only): 1984  SSN (last 4 #): 0718  Sex M  Race: Black  Nationality: USA

Defense Counsel if known:  Syrie Fried, Esquire   Address: Federal Defender Office, Boston, MA

Bar Number:

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; David G. Tobin   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:  April 12, 2004

☒ Already in Federal Custody as  April 13, 2004  in  USMS
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☒ Felony  2 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: Dec. 16, 2004   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Willie Hester _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

hester.js45.form.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf.  X   Case No. 04-CR-10168 PBS
Same Defendant  X   New Defendant ____
Magistrate Judge Case Number   04-817-MBB
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name   Adam Ellard   Juvenile: ☐ Yes  X No

Alias Name ____

Address   Shepton Street, Dorchester, MA

Birthdate: 1972   SS # 9734   Sex: Male   Race: Caucasion   Nationalit USA

**Defense Counsel if known:**   James J. Coviello, Esquire   Address 281 Beach Street

Bar Number ____   Revere, MA

**U.S. Attorney Information:**

AUSA   Michael J. Pelgro; David G. Tobin   Bar Number if applicable ____

**Interpreter:** ☐ Yes  X No   List language and/or dialect: ____

**Matter to be SEALED:** ☐ Yes  X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   April 12, 2004

X Already in Federal Custody as of   April 13, 2004   in   USMS
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X Felony 3 counts

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: Dec 16, 2004   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Adam Ellard

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2 | 21/841(a)(1) | Distribution of Cocaine Base | Two |
| Set 3 | 21/841(a)(1) & 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ellard.js45.form.wpd - 2/7/02

℅JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____ **Category No.** II _____ **Investigating Agency** DEA _____

**City** Boston _____ **Related Case Information:**

**County** Suffolk _____ Superseding Ind./ Inf. X _____ Case No. 04-CR-10168 PBS
Same Defendant X _____ New Defendant _____
Magistrate Judge Case Number 04-817-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name Steven Tucker _____ Juvenile ☐ Yes ☒ No

Alias Name _____

Address 289 Merrimack Street, #6, Manchester, NH _____

Birth date (Year only): 1985 SSN (last 4 #): 1796 Sex M Race: Black Nationality: USA

Defense Counsel if known: Matthew Feinberg, Esquire Address: 125 Summer Street
Boston, MA
Bar Number: _____

**U.S. Attorney Information:**

AUSA Michael J. Pelgro; David G. Tobin _____ Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested ☐ Regular Process ☒ In Custody

**Location Status:**

Arrest Date: April 12, 2004

☒ Already in Federal Custody as April 13, 2004 in USMS
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 2 counts

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: Dec 16, 2004 Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Steven Tucker

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

tucker.js45.form.wpd - 1/15/04 (USAO-MA)