UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
    v.                   )    CRIMINAL NO. 04-CR-10168-PBS
                         )
ADAM ELLARD               )

### MOTION TO SEAL DEFENDANT'S MEMORANDUM RE: SENTENCING

Now comes the defendant, Adam Ellard, in the above-referenced matter and respectfully requests that this Court seal the Defendant's Memorandum Re: Sentencing filed herewith.

In support thereof, the defense asserts that sensitive information regarding the defendant is contained within the body of the document.

Respectfully Submitted,
By the Attorney,

_____
James J. Coviello
303 Main Street
Charlestown, MA  02129
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO #550949

Dated: 3/16/05
JJC:tc
Crim:Ellard,Adam-MotionSealMemoSentence