CERTIFICATE OF SERVICE

I, James J. Coviello, Esquire hereby certify that on this date, I have served to <u>AUSA David Tobin and Probation Officer Susan Walls</u> the following with regard to <u>U.S.A. v Adam Ellard et al.</u>, Criminal No. 04-CR-10168-PBS.

    1. Motion to Seal the Defendant's Memorandum Re: Sentencing; and
    2. Defendant's Memorandum Re: Sentencing.


(  ) First Class Mail, Postage Prepaid

(X) In-Hand Delivery

(  ) Facsimile

                                                             _____
                                                             James J. Coviello
                                                             303 Main Street
                                                             Charlestown, MA  02129
                                                             Tel: (617)242-6832
                                                             Fax: (617) 214-0911
                                                             BBO# 550949