UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 3-22-05
By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10168-PBS |
| | ) | |
| ADAM ELLARD | ) | |

### ASSENTED TO MOTION TO RECONSIDER A PREVIOUSLY SUBMITTED ASSENTED TO MOTION TO CONTINUE SENTENCING DATE

Now comes the defendant in the above-referenced matter and respectfully requests that this Court reconsider his previously filed motion captioned "Assented to Motion to Continue Sentencing Date."

In support thereof, the defense asserts that there are reasons for the court to reconsider and hopefully allow the previously submitted motion.

As grounds therefore, both parties agree that reconsidering and allowing this motion are in the interests of justice.

Respectfully Submitted,
ADAM ELLARD
By the Attorney,

James J. Coviello
303 Main Street
Charlestown, MA  02129
Tel: (617) 242-6832
Fax: (781) 241-0911
BBO No. 550949

Dated: 3/22/05

Ellard, Adam-MotionReconsiderCoontinueSentencing

CERTIFICATE OF SERVICE

I, James J. Coviello, Esquire hereby certify that on this date, I have served to AUSA David Tobin the following with regard to U.S.A. v Adam Ellard et al., Criminal No. 04-CR-10168-PBS.

1. Assented to Motion to Reconsider a Previously Submitted Assented to Motion to Continue Sentencing Date.

( ) First Class Mail, Postage Prepaid

(X) In-Hand Delivery

( ) Facsimile

James J. Coviello
303 Main Street
Charlestown, MA  02129
Tel: (617)242-6832
Fax: (617) 214-0911
BBO# 550949