UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10168-PBS |
| | ) | |
| ADAM ELLARD | ) | |

### MOTION TO SEAL THE ASSENTED TO MOTION TO CONTINUE SENTENCING DATE

Pursuant to Local Rule 7.2, now comes the defendant, Adam Ellard, in the above-referenced matter and respectfully requests that this Court seal the defendant's Assented to Motion to Continue Sentencing Date filed herewith.

In support thereof, the defense asserts that sensitive information regarding the defendant is contained within the body of the document.

Respectfully Submitted,
By the Attorney,

James J. Coviello
303 Main Street
Charlestown, MA 02129
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO #550949

Dated: 5/24/05
JJC:tc
Crim:Ellard,Adam-MotionSeal2

*[handwritten margin note: 5/24/05 allowed Patti B Saris]*