UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10168-PBS |
| ) | |
| ADAM ELLARD, ) | |
| Defendant ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Government's Motion for Downward Departure Based on Substantial Assistance, this motion and the Court's order on this motion. As grounds for this motion, the government states that public disclosure of these materials would likely jeopardize the safety of the defendant.

Dated: June 16, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney

[handwritten margin notes: "Allowed. Patti B. Saris" and "6/19/05"]